JUNE 1, 1982

No. 81–837.   CITY OF INDIANOLA, MISSISSIPPI, ET AL. *v.*
DOTSON ET AL.   Affirmed on appeal from D. C. N. D. Miss.

No. 81–1856.   SUMTER COUNTY SCHOOL DISTRICT ET AL.
*v.* EDGE ET AL.   Affirmed on appeal from D. C. M. D. Ga.

No. 81–1529.   BILOFSKY ET AL. *v.* DEUKMEJIAN, ATTOR-
NEY GENERAL OF CALIFORNIA, ET AL.   Appeal from Ct.
App. Cal., 2d App. Dist., dismissed for want of substantial
federal question.   JUSTICE BRENNAN and JUSTICE WHITE
would note probable jurisdiction and set case for oral argu-
ment.

No. 81–1829.   KRAFT, INC. *v.* FLORIDA DEPARTMENT OF
CITRUS.   Appeal from Sup. Ct. Fla. dismissed for want of
substantial federal question.

No. 81–1862.   WILLIAMS ET AL. *v.* SMITH ET AL.   Appeal
from Ct. App. Ohio, Wood County, dismissed for want of ju-
risdiction.   Treating the papers whereon the appeal was
taken as a petition for writ of certiorari, certiorari denied.